UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: USA V. BRATSENIS          Docket No.: 2:22-CR-00199-JMV

USA

        (Plaintiff)                                    Judge:  John Michael Vazquez

          v.                                          **Notice of Appeal to the**
GEORGE BRATSENIS                                         **U.S. Court of Appeals for the**
        (Defendant)                                   **Third Circuit**

Notice is hereby given that  George Bratsenis
                              (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ X ] Judgment, [  ] Order, [  ] Other  Sentence
                              (Specify)
of the United States District Court, District of New Jersey, entered in this action on

March 29, 2023
   .
(Date)


Dated: APRIL 12, 2023                         /S/  *Charles Kurmay*
                                              Appellant
                                              61 Cherry Street
                                              Street
                                              Milford, CT 06460
                                              City, State, Zip
                                              203.380.1743
                                              Telephone